364 U.S. 300
 81 S.Ct. 268
 5 L.Ed.2d 90
 STANDARD DREDGING CORPORATION, appellant,
v.
ALABAMA.
 No. 332.
 Supreme Court of the United States
 October 24, 1960
 
 Eberhard P. Deutsch, Rene H. Himel, Jr., and Malcolm W. Monroe, for appellant.
 MacDonald Gallion, Atty. Gen. of Alabama, Guy Sparks, Special Asst. Atty. Gen., and William H. Burton, Asst. Atty. Gen., for appellee.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.